**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4807,   <u>US v. Kelvin Manrich</u>
            1:11-cr-00122-CCB-20

TO:   Bruce Allen Johnson

BRIEF OR APPENDIX CORRECTION DUE:  February 14, 2014

Please make the correction identified below and file a corrected document by the due date indicated using the **BRIEF** or **APPENDIX** entry and selecting "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[ x ] <u>Paper copies</u> of reply have not been received.

> Local Rule 31(d). Number of Copies.  (1) Filing: In addition to the electronic brief, each party must file eight paper copies of the brief with the clerk, except that appointed counsel may file six copies, and any party proceeding in forma pauperis who is not represented by Court-appointed counsel may file four copies.

---

[ ] The entry "administrative record adopted" must be docketed in this case.


Cathy Tyree, Deputy Clerk
804-916-2704